# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ALEXIS SANCHEZ, ET. AL, | ) |
| | ) CAUSE NO.: 1:25-CV-170 |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) JUDGE SUSAN J. DLOTT |
| | ) |
| UNION INSTITUTE AND UNIVERSITY, ET. AL, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' NOTICE OF FILING A MOTION FOR RELIEF FROM STAY TO PURSUE INSURANCE PROCEEDS AND ABANDONMENT OF INSURANCE PROCEEDS

Plaintiffs, through undersigned counsel, provide notice to this Court that April 16, 2025 they filed an appearance as creditors and a Motion for Relief from Stay to Pursue Insurance Proceeds and Abandonment of Insurance Proceeds in the United States Bankruptcy Court for the Southern District of Ohio styled In re: The Matter of Union Institute & University, et al., Case No. 1:25-bk-10562. The matter is pending before the honorable Judge Beth A. Buchanan. The Section 341 Bankruptcy Meeting is scheduled for today, April 17, 2025 at 2:30 PM. Attached for the Court's review are: United States Bankruptcy Court ECF No. 27, Notice of Appearance and Request for Notice, attached as **Exhibit A**; United States Bankruptcy Court ECF No. 28, Motion for Relief from Stay to Pursue Insurance Proceeds and Abandonment of Insurance Proceeds attached as Exhibit B; and United States Bankruptcy Court ECF 29, Certificate of Service, attached as **Exhibit C**.

Respectfully submitted,

*/s/Robert E. DeRose*
Robert E. DeRose (OH Bar No. 0055214)
Anna R. Caplan (OH Bar No. 0104562)
**BARKAN MEIZLISH DEROSE COX, LLP**
4200 Regent Street, Suite 210

  Columbus, OH 43219
(P) 614-221-4221
(F) 614-744-2300
(E) bderose@barkanmeizlish.com
  acaplan@barkanmeizlish.com


*/s/Michelle K. Floyd*
Rachel J. Guin *Pro Hac Vice*
Michelle K. Floyd *Pro Hac Vice*
**ROTHBERG LAW FIRM**
505 E. Washington Blvd.
Fort Wayne, IN 46859
(P) (260) 422-9454
(F) (260) 422-1622
(E) rguin@rothberg.com
  mfloyd@rothberg.com


## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.


*/s/Robert E. DeRose*
Robert E. DeRose (OH Bar No. 0055214)